UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEREMY E. LYNN,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-1706-CEM-RMN**

**A SPACE SAVER STORAGE,**

**Defendant.**

_______________________________/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint ("Complaint," Doc. 1) and Motion to Proceed *In Forma Pauperis*. ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that the Motion be denied, that the Complaint be dismissed for failure to state a claim, and that Plaintiff be afforded an opportunity to file an amended complaint and a renewed motion to proceed *in forma pauperis*.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and made a part of this Order.
2. The Motion (Doc. 2) is **DENIED without prejudice**.
3. The Complaint (Doc. 1) is **DISMISSED without prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).
4. If Plaintiff desires to proceed on his allegations, he must:
    a. File an amended complaint on or before November 13, 2026.To amend his complaint, Plaintiff should completely fill out a new complaint on the standard form, *see* Local Rule 6.04(a), M.D. Fla., and mark it "Amended Complaint."
        i. The amended complaint supersedes all earlier complaints, and the amended complaint must include all of Plaintiff's claims in this action. The amended complaint may not refer to or incorporate the original complaint.
        ii. **If Plaintiff does not timely file an amended complaint or seek an extension of time to do so, this Order will become a final judgment dismissing the complaint without prejudice for failure to state a claim.** *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 720–21 (11th Cir. 2020) (quoting *Hertz*

*Corp. v. Alamo Rent-A-Car, Inc.*, 16 F.3d 1126 (11th Cir. 1994)) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff [amending his complaint or] seeking an extension. And when the order becomes a final judgment, the district court loses 'all its prejudgment powers to grant any more extensions' of time to amend the complaint.").

b. Additionally, Plaintiff must either: (1) pay the filing fee, or (2) file a renewed affidavit of indigency and a fully completed prisoner consent form and financial certificate[1] on or vbefore November 13, 2026.

i. Failure to do so or to explain noncompliance may result in the dismissal of this action without further notice.

5. The Clerk of Court is directed to send to Plaintiff a standard civil complaint form, a prisoner civil rights complaint form, a prisoner

---

[1] Plaintiff is required to submit a consent form confirming his understanding that he is required to pay the full filing fee in this case. See 28 U.S.C. § 1915(b)(1) ("[I]f a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."). Plaintiff is responsible for the entire fee even if his motion to proceed *in forma pauperis* is granted and even if his complaint is dismissed upon initial screening.

Affidavit of Indigency form, and the 42 U.S.C. § 1983 Prisoner Consent Form with this Order.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party